# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN LEE WILSON, | CASE NO. 1:12-cv-00751-GBC (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR COURT ORDERED ARBITRATION |
| v. | |
| OLA, et al., | Doc. 3 |
| Defendants. | |

On April 25, 2012, Plaintiff Melvin Lee Wilson ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983, alleging failure to prescribe a higher dosage of time release morphine from February 2012 through April 2012. Compl. at 3-4, Doc. 1.

On April 25, 2012, Plaintiff filed a motion for court ordered arbitration. Doc. 3. In a separate order, the Court issued an order dismissing Plaintiff's complaint, with leave to amend, for failure to state a claim. Thus, the Court DENIES Plaintiff's motion for court ordered arbitration.

IT IS SO ORDERED.

Dated:   December 17, 2012

UNITED STATES MAGISTRATE JUDGE