# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN LEE WILSON,<br><br>        Plaintiff,<br><br>   vs.<br><br>OLA, et al.,<br><br>        Defendants. | )  1:12cv00751 DLB PC<br>)<br>)  ORDER TO SHOW CAUSE WHY<br>)  ACTION SHOULD NOT BE<br>)  DISMISSED FOR FAILURE TO<br>)  FOLLOW A COURT ORDER<br>)<br>)  THIRTY-DAY RESPONSE DEADLINE<br>)<br>) |

      Plaintiff Melvin Lee Wilson ("Plaintiff") is a prisoner proceeding pro se in this civil rights action filed on April 25, 2012.  On December 17, 2012, the Court dismissed the complaint with leave to amend and ordered Plaintiff to file an amended complaint within thirty (30) days. Over thirty (30) days have passed and Plaintiff has not complied with this order.

      Plaintiff is therefore ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to follow the Court's December 17, 2012, order.  Plaintiff must file a response to this order within thirty (30) days of the date of service of this order.  Plaintiff may

also comply with this order by filing an amended complaint pursuant to the Court's December 17, 2012, order.

<u>Failure to follow this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated:    **February 8, 2013**                             /s/ *Dennis L. Beck*
                                                         UNITED STATES MAGISTRATE JUDGE